IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN V LOBATO,

    Plaintiff,

 v.

BANK OF AMERICA FKA COUNTRYWIDE, CITIBANK, N.A., AMERICA'S WHOLESALE LENDER, CITIBANK (WEST), FSB, RECONSTRUCT COMPANY, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS WALT, INC., ALTERNATIVE LOAN TRUST 2006-9TI MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9TI, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., NETWORK FINANCIAL SERVICES MORTGAGE, TUNG T. NGUYEN, GLENN ARTHUR MENDELL, DEREK JOHN MILLER, SERGIO ANGELES, and DOES 1–20, inclusive,

    Defendants.

    /

No. C 10-00106 WHA

**ORDER DENYING DEFENDANTS' REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE AND CONTINUING CMC AND HEARING ON DEFENDANTS' MOTION TO DISMISS**

Good cause not shown, the Court **DENIES** defendants' request to attend the case management conference by telephone on April 22, 2010, at 11:00 a.m. As it has turned out, the Court is unavailable on April 22 and therefore **CONTINUES** both the hearing on defendants' motion to dismiss and the case management conference to **APRIL 29, 2009, AT 8:00 A.M.** The Court will conduct the case management conference immediately after defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE