**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    MARTIN V. LOBATO,

10              Plaintiff,                              No. C 10-00106 WHA

11        v.

12   BANK OF AMERICA FKA COUNTRYWIDE,
     CITIBANK, N.A., AMERICA'S WHOLESALE
13   LENDER, CITIBANK (WEST), FSB,                      **JUDGMENT**
     RECONTRUST COMPANY, N.A., THE BANK
14   OF NEW YORK, AS TRUSTEE FOR THE
     CERTIFICATE HOLDERS WALT, INC.,
15   ALTERNATIVE LOAN TRUST 2006-9TI
     MORTGAGE ELECTRONIC REGISTRATION
16   SYSTEM, INC., NETWORK FINANCIAL
     SERVICES MORTGAGE, TUNG T. NGUYEN,
17   GLENN ARTHUR MENDELL, DEREK JOHN
     MILLER, SERGIO ANGELES, and DOES 1–20,
18   inclusive,

19              Defendants.
                                                    /
20

21        For the reasons stated in the accompanying order dismissing this action (Dkt. 23), **FINAL**

22   **JUDGMENT IS HEREBY ENTERED** with respect to plaintiff's federal claims. **THE CLERK SHALL**

23   **CLOSE THE FILE**.

24

25        **IT IS SO ORDERED.**

26   Dated:  July 12, 2010.                    _____
                                               WILLIAM ALSUP
27                                             UNITED STATES DISTRICT JUDGE

28